6 F.3d 780
 In re Steinbronn (John H.)
v.
City of Philadelphia, Pa., Goode (Wilson), Blakney
(Benjamin), Pingree (David), Bradley (Edward), Cipriani
(Nicholas), Rosenberg (Edward), Thomas (Gloria), Steward
(Joseph), Prior (Philip), Toner (K.), Brightcliff (Jean),
Crescitelli (Peter), Campher (Marie),
 NO. 93-1050
 United States Court of Appeals,
Third Circuit.
 Aug 05, 1993
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.